[No. 67844-2-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO
SANCHEZ-RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for What-com County, No. 11-1-00392-5, Charles R. Snyder, J., entered October 24, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.

[No. 67857-4-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEWIS SMITH,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04397-3, Jim Rogers, J., entered October 17, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Grosse and Schindler, JJ.

[No. 67858-2-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROYANNE
WESTBROOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10011-0, Bruce E. Heller, J., entered October 25, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Verellen, JJ.

[No. 67904-0-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD G. BURK,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02594-9, Brian D. Gain, J., entered October 21, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Grosse and Schindler, JJ.